**Francisco Torres GONZALEZ,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 05–71723.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 13, 2009.*

Filed Feb. 18, 2009.

Francisco Torres Gonzalez, Long Beach, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Carl H. McIntyre, Jr., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FRIEDMAN,** BEA, and IKUTA, Circuit Judges.

## MEMORANDUM ***

Torres Gonzalez petitions pro se for review of the decision of the Board of Immigration Appeals, which summarily affirmed the immigration judge's denial of his application for cancellation of removal. However, we lack jurisdiction to consider Torres Gonzalez's appeal of the agency's discretionary determination that he failed to demonstrate exceptional and extremely unusual hardship to his three United States citizen children. *See Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

Torres Gonzalez also argues that his wife is entitled to cancellation of removal because the IJ erred in determining that she did not have ten years of continuous physical presence. Torres Gonzalez's wife first entered the United States on March 15, 1988, and the Notice to Appear was filed on May 20, 1997. This is less than the ten years required for cancellation of removal. Accordingly, the claim is meritless.

**Affirmed.**

**Eric H. Holder, Jr.\*, Attorney General, Respondent.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

